UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

D-2   DEBBIE ANN TAYLOR,
D-4   MICHELL WHITE,
D-5   HASNA BASHIR IWAS, R.Ph.,

        Defendants.
_____/

CASE NO: 18-CR-20769
HON ARTHUR J. TARNOW
VIOS: 21 U.S.C. §§841(a)(1) and 846
       18 U.S.C. § 2
       21 U.S.C. § 856(a)(1)

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### General Allegations

1.    Beginning in about January 2013, a scheme and pattern of illegal conduct involving the unlawful distribution of Schedule II, III, IV and V prescription-drug controlled substances was formed.

2.    The defendants, HASNA BASHIR IWAS (Registered Pharmacist), DEBBIE ANN TAYLOR (hereinafter DEBBIE TAYLOR), and MICHELL WHITE, as well as Earnie Taylor, Otis Leon Crawford, D.O. (hereinafter "Dr. Crawford"), and others, both known and unknown to the

grand jury, joined at different times, played different roles and engaged in different aspects of an overall drug diversion scheme. The primary diversion scheme was for pharmacist HASNA BASHIR IWAS, the owner and operator of Beacon Pointe Pharmacy in Grosse Pointe Park, Michigan, to fill fraudulent prescriptions for controlled substances, primarily in exchange for cash.

3. One source of fraudulent prescriptions was Dr. Crawford, who at the direction of DEBBIE TAYLOR wrote and signed medically unnecessary prescriptions for controlled substances, including many commonly abused opioids. Many of these fraudulent prescriptions from Dr. Crawford were filled by defendant IWAS, although some were filled at other pharmacies. Some of the controlled substances were then sold by defendant MICHELL WHITE and Earnie Taylor for a profit on the illegal street market.

4. Dr. Crawford was an elderly physician when he joined this conspiracy and was 80 years old when indicted in 2018. He was first licensed to practice medicine in the State of Michigan in approximately 1975. In 2004, Dr. Crawford applied for and was granted prescribing privileges and received a corresponding DEA registration. Dr. Crawford

was authorized by the DEA to prescribe controlled substances under DEA# BC8908468. In or about July, 2016, Dr. Crawford opened a general practice and began writing prescriptions from an office located at 16125 Mack Avenue, Detroit, Michigan. That practice operated under the business name "Doctors Creative Care." After pleading guilty, Dr. Crawford died of natural causes in 2021.

5. Beginning in approximately June 2015, defendant DEBBIE TAYLOR and a family member began receiving controlled substance prescriptions from Dr. Crawford. She and her family member received similar prescriptions from Dr. Crawford on roughly a monthly basis until November 2018. These prescriptions always included an opioid -- such as hydrocodone-acetaminophen and oxycodone-acetaminophen -- as well as other controlled substances, such as alprazolam (Xanax), carisoprodol (Soma), diazepam (Valium) and phentermine. Between June 2015 to August 2018, DEBBIE TAYLOR and her family member filled 188 controlled substance prescriptions issued by Dr. Crawford for a total of 20,653 dosage units.

6. DEBBIE TAYLOR was Dr. Crawford's office manager at Doctors Creative Care on Mack Avenue in Detroit. In addition to

scheduling patients and collecting payments and/or insurance information from patients, DEBBIE TAYLOR accompanied patients during their visits with Dr. Crawford; recommended that Dr. Crawford prescribe patients particular controlled substances in particular dosage units; physically wrote prescriptions for Dr. Crawford to sign; collected and maintained information in patient charts; and recommended particular pharmacies where patients would be able to get prescriptions filled. DEBBIE TAYLOR had no medical license or authority to prescribe medications.

7. Earnie Taylor was DEBBIE TAYLOR's older brother and resided in River Rouge, Michigan. Earnie Taylor first began receiving prescriptions from Dr. Crawford for controlled substances - including oxycodone, alprazolam, carisoprodol and promethazine-codeine syrup - in May of 2016. From May of 2016 until November of 2018, Earnie Taylor received similar prescriptions issued under the name of Dr. Crawford, including controlled substances, on almost a monthly basis.

8. Earnie Taylor recruited fake patients, from his family, friends and neighbors, to visit Dr. Crawford. Earnie Taylor transported some of these fake patients to Doctors Creative Care. After a cursory examination or no examination at all, Dr. Crawford would prescribe multiple medications

4

for "patients" that Earnie Taylor recruited, without medical necessity and outside the scope of professional medical practice. Dr. Crawford commonly wrote prescriptions for controlled substances for these fake patients, to include hydrocodone-acetaminophen, oxycodone HCl, alprazolam, carisoprodol and promethazine/codeine syrup. Earnie Taylor transported some of these fake patients to various pharmacies where the controlled substance and maintenance-medication prescriptions would be filled. Earnie Taylor paid his fake patients for engaging in this exercise and took possession of the controlled substances. Earnie Taylor then sold controlled substances to various individuals from his home in River Rouge and elsewhere. After being charged in 2018, Earnie Taylor died of natural causes in 2021.

9. Defendant MICHELL WHITE lived with Earnie Taylor in River Rouge, Michigan. MICHELL WHITE first began receiving prescriptions from Dr. Crawford for controlled substances - including oxycodone, and carisoprodol and promethazine-codeine syrup -- in May of 2016. From May, 2016, until November of 2018, MICHELL WHITE continued to receive similar prescriptions on a monthly basis issued under the name and license of Dr. Crawford. These prescriptions were written without medical necessity

and outside the scope of professional medical practice. MICHELL WHITE subsequently sold controlled substances to various individuals from her home in River Rouge and elsewhere.

10. From June 2015 to 2018, Dr. Crawford prescribed more than 614,810 doses of Schedule II, III, IV and V controlled substances. In particular, Dr. Crawford wrote approximately 397 prescriptions, totaling 32,286 dosage units, for oxycodone HCL, 30 mg. tablet, a Schedule II controlled substance; approximately 480 prescriptions, totaling 42,030 unit dosages, for oxycodone-acetaminophen, 10- 325 mg. tablet, a Schedule II controlled substance; and approximately 1,265 prescriptions, totaling 107,632 dosage units, for hydrocodone with acetaminophen, 10-325 mg. tablet, a Schedule II controlled substance. In total, the top ten prescribed controlled substances prescribed by Dr. Crawford had a conservative street value of more than $2,556,550.

11. Another source of fraudulent prescriptions for defendant pharmacist HASNA IWAS at Beacon Pointe Pharmacy was a group of individuals in Detroit who forged prescriptions for controlled substances. A MAPS report indicated that between July 27, 2015 and July 25, 2017, there were 38 patient names used to fill 670 forged controlled substance

prescriptions in the name of Dr. H.D. at BEACON POINTE. Dr. H.D. was never contacted by pharmacist IWAS to verify any of the 670 forged prescriptions. The forged Dr. H.D. prescriptions totaled 61,317 dosage units, including oxycodone, oxymorphone, alprazolam, phentermine and promethazine-codeine syrup. Each of these drugs had significant street value, and were paid for in cash. The defendant not only charged cash for these valuable drugs- even when the patient had insurance- she also charged inflated prices, in order to increase her profits. The same home address was used for 11 of the 38 patients on the forged prescriptions. On December 30, 2016, an inspection of that address revealed it was a vacant, boarded up residence.

12. One of the "patients," M.G., was murdered. The next day, defendant HASNA IWAS filled three controlled substance prescriptions for patient M.G.. During a subsequent interview with law enforcement, defendant IWAS said she did not allow one person to fill prescriptions for multiple people, the person named in the prescription had to be present.

13. A Detroit Police Department search warrant at a residence in Detroit belonging to one of the "patients" revealed blank prescriptions, empty BEACON POINTE PHARMACY pill containers, twelve drivers' licenses for twelve different individuals, seven Social Security Cards for seven different

individuals, and a drug ledger containing many of the 38 patient names. After the search warrant was executed, only nine (9) more fraudulent Dr. H.D. controlled substance prescriptions were filled at BEACON POINTE, the last one being in July 2017. After that date, pharmacist IWAS filled forged prescriptions supposedly authorized by Dr. B.B. for 23 of the 38 "patients." Between May 15, 2017 and June 12, 2018, 174 forged controlled substance prescriptions supposedly issued by Dr. B.B., totaling 14,730 dosage units, were filled at BEACON POINTE, paid for in cash. Pharmacist IWAS also filled multiple forged controlled substance prescriptions in the name of Dr. P.B., Dr. U.S., and other doctors. As with the other forgeries, they were almost always paid for in cash.

These general allegations are adopted and incorporated in each count of this Indictment.

## COUNT ONE
**(21 U.S.C. §§ 841(a)(1), 846 – Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

D-2   DEBBIE ANN TAYLOR
D-4   MICHELL WHITE
D-5   HASNA BASHIR IWAS, R.Ph.

14. Beginning on or about January, 2013 and continuing up to and including 2019, defendants HASNA BASHIR IWAS, R.Ph., DEBBIE TAYLOR, MICHELL WHITE, Earnie Taylor and Dr. Crawford did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other, as well

as other persons not named in this Indictment, to commit offenses against the United States, that is, to knowingly, intentionally and unlawfully distribute and possess with the intent to distribute controlled substances, including but not limited to the Schedule II drugs oxycodone HCL and oxycodone-acetaminophen, hydrocodone-acetaminophen (Vicodin, Norco), the Schedule III drugs buprenorphine- naloxone (Suboxone), carisoprodol (Soma), the Schedule IV drugs alprazolam (Xanax), diazepam (Valium), phentermine and the Schedule V drug promethazine-codeine syrup.

All of these prescription-drug controlled substances were distributed outside of the course of usual medical practice and for no legitimate medical purpose; all in violation of Title 21 United States Code, Sections 846 and 841(a)(1).

## COUNTS TWO TO SEVENTEEN
(21 U.S.C. § 841(a)(1) - Unlawful Distribution of Controlled Substances
18 U.S.C. § 2-Aiding and Abetting)

**D-2　DEBBIE ANN TAYLOR**

15.　On or about each of the dates set forth below, in the Eastern District of Michigan, Southern Division, Dr. Crawford, aided and abetted knowingly and intentionally by defendant DEBBIE TAYLOR, did knowingly, intentionally, and unlawfully distribute the identified prescription drug controlled substances by writing prescriptions outside the scope of usual professional practice, for no

legitimate medical purpose, and transferring the prescriptions so they could be filled, in the names of individuals as follows:

| COUNT | ON OR ABOUT DATE | PATIENT | CONTROLLED SUBSTANCE | DOSAGE UNIT |
|---|---|---|---|---|
| 2 | 11/21/2017 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 3 | 12/19/2017 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 4 | 2/1/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 5 | 3/1/2018 | C.S. | Hydrocodone -Acetaminophen | 60 |
| 6 | 3/29/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 7 | 4/25/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 8 | 5/23/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 9 | 5/23/2018 | U.C. | Hydrocodone-Acetaminophen | 60 |
| 10 | 6/20/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 11 | 6/20/2018 | U.C. | Hydrocodone-Acetaminophen | 60 |
| 12 | 7/18/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 13 | 7/18/2018 | U.C. | Hydrocodone-Acetaminophen | 60 |
| 14 | 8/23/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 15 | 8/23/2018 | U.C. | Hydrocodone-Acetaminophen | 60 |

| COUNT | ON OR ABOUT DATE | PATIENT | CONTROLLED SUBSTANCE | DOSAGE UNIT |
|---|---|---|---|---|
| 16 | 9/27/2018 | C.S. | Hydrocodone-Acetaminophen | 60 |
| 17 | 9/27/2018 | U.C. | Hydrocodone-Acetaminophen | 60 |

## COUNTS EIGHTEEN TO TWENTY-TWO
(21 U.S.C. § 841(a)(1) - Unlawful Distribution of Controlled Substances
18 U.S.C. § 2-Aiding and Abetting)

D-2  DEBBIE ANN TAYLOR
D-4  MICHELL WHITE
D-5  HASNA BASHIR IWAS, R.Ph.

16. On or about each of the dates set forth below, in the Eastern District of Michigan, Southern Division, Dr. Crawford, aided and abetted knowingly and intentionally by defendants HASNA BASHIR IWAS, R.Ph., DEBBIE TAYLOR and MICHELL WHITE, did knowingly, intentionally, and unlawfully distribute the identified prescription drug controlled substances by writing prescriptions outside the scope of usual professional practice, for no legitimate medical purpose, and transferring the prescriptions so they could be filled by defendant IWAS, in the names of individuals as follows:

| COUNT | ON OR ABOUT DATE | PATIENT | CONTROLLED SUBSTANCE | DOSAGE UNIT |
|---|---|---|---|---|
| 18 | 2/16/2018 | Michell White | Promethazine Codeine Syrup | 240 ml |
| 19 | 8/13/2018 | Michell White | Oxycodone HCL | 35 |
| 20 | 8/22/2018 | Michell White | Oxycodone HCL | 35 |
| 21 | 8/29/2018 | Michell White | Oxycodone HCL | 40 |
| 22 | 8/29/2018 | N.C. | Hydrocodone-Acetaminophen | 90 |

### COUNTS TWENTY-THREE TO TWENTY-SEVEN
(21 U.S.C. § 841(a)(1) - Unlawful Distribution of Controlled Substances
18 U.S.C. § 2-Aiding and Abetting)

D-2   DEBBIE ANN TAYLOR
D-5   HASNA BASHIR IWAS, R.Ph.

17.   On or about each of the dates set forth below, in the Eastern District of Michigan, Southern Division, Dr. Crawford, aided and abetted knowingly and intentionally by defendants DEBBIE TAYLOR and HASNA BASHIR IWAS, R.Ph., did knowingly, intentionally, and unlawfully distribute the identified prescription drug controlled substances by writing prescriptions outside the scope of usual professional practice, for no legitimate medical purpose, and transferring the prescriptions so they could be filled by defendant IWAS, in the names of individuals as follows:

| COUNT | ON OR ABOUT DATE | PATIENT | CONTROLLED SUBSTANCE | DOSAGE UNIT |
|---|---|---|---|---|
| 23 | 7/9/2018 | Earnie Taylor | Oxycodone HCL | 150 |
| 24 | 7/9/2018 | Earnie Taylor | Dextroamphetamine | 60 |
| 25 | 6/24/2016 | C.A. | Hydrocodone Acetaminophen | 120 |
| 26 | 11/11/2016 | C.A | Hydrocodone Acetaminophen | 120 |
| 27 | 8/22/2017 | C.A. | Buprenorphine-Naloxone | 90 |

## COUNTS TWENTY-EIGHT TO FIFTY-ONE
(21 U.S.C. § 841(a)(1) - Unlawful Distribution of Controlled Substances)

**D-5 HASNA BASHIR IWAS, R.Ph**

18. On or about each of the dates set forth below, in the Eastern District of Michigan, Southern Division, pharmacist HASNA BASHIR IWAS did knowingly, intentionally, and unlawfully distribute the identified prescription-drug controlled substances by filling forged prescriptions outside the scope of usual professional practice, for no legitimate medical purpose, in the names of individuals as follows:

| COUNT | ON OR ABOUT DATE | PATIENT | DR | CONTROLLED SUBSTANCE | DOSAGE UNIT |
|---|---|---|---|---|---|
| 28 | 3/27/2017 | M.G. | R.K. | Oxycodone 30mg | 90 |
| 29 | 3/20/2017 | R.E. | H.D. | Oxycodone 30mg | 90 |
| 30 | 5/15/17 | R.E. | B.B. | Oxycodone 30mg | 90 |
| 31 | 8/16/2018 | R.E. | A.B. | Diazepam 5mg | 30 |
| 32 | 9/24/2018 | B.E. | A.B. | Oxycodone 30mg | 90 |
| 33 | 5/30/2017 | N.E. | H.D. | Oxycodone 30mg | 90 |
| 34 | 8/08/2018 | N.E. | A.B. | Oxycodone 30mg | 90 |
| 35 | 5/16/2017 | D.E. | B.B. | Alprazolam 2mg | 30 |
| 36 | 01/04/2018 | D.E. | A.B. | Oxycodone/Acet. 10mg-325 | 30 |
| 37 | 03/13/2017 | A.E. | H.D. | Promethazine/codeine | 240 ml |
| 38 | 04/17/2017 | R.B. | H.D. | Oxycodone 30mg | 90 |
| 39 | 6/26/2017 | R.B. | B.B. | Oxymorphone 40mg | 90 |
| 40 | 5/3/2017 | J.F. | H.D. | Oxycodone 30mg | 90 |
| 41 | 8/04/2017 | J.F. | B.B. | Oxycodone 30mg | 90 |
| 42 | 8/9/2018 | J.F. | AB | Oxycodone 30mg | 90 |
| 43 | 04/25/2017 | D.S. | H.D. | Oxycodone 30mg | 90 |
| 44 | 08/03/2017 | D.S. | B.B. | Oxycodone 30 mg | 90 |
| 45 | 9/17/2018 | D.S. | A.B. | Oxycodone 30mg | 90 |

| COUNT | ON OR ABOUT DATE | PATIENT | DR | CONTROLLED SUBSTANCE | DOSAGE UNIT |
|---|---|---|---|---|---|
| 46 | 01/19/2017 | A.K. | H.D. | Phentermine 37.5mg | 30 |
| 47 | 08/09/2017 | A.K. | B.B. | Oxycodone 30mg | 90 |
| 48 | 06/05/2017 | C.T. | B.B. | Oxymorphone 40mg | 90 |
| 49 | 04/12/2017 | F.T. | H.D. | Oxycodone 30mg | 90 |
| 50 | 08/03/2017 | F.T. | B.B. | Oxymorphone 40mg | 90 |
| 51 | 10/02/2018 | F.T. | A.B. | Oxycodone 30mg | 90 |

## COUNT FIFTY-TWO
(21 U.S.C. § 856(a)(1)-Maintaining Drug-Involved Premises
18 U.S.C. § 2-Aiding and Abetting)

**D-5 HASNA BASHIR IWAS, R.Ph**

19. Beginning in or about January 2013 and continuing through in or about 2019, in the Eastern District of Michigan, defendant pharmacist HASNA BASHIR IWAS did unlawfully and knowingly open, use and maintain a place located at 15200 East Jefferson Avenue, Suite #102, Grosse Pointe Park, Michigan, for the purpose of distributing controlled substances in violation of Title 21 United States Code, Section 856(a)(1), by unlawfully and knowingly distributing controlled substances outside the course of usual professional practice and for no legitimate medical purpose, including but not limited to the Schedule II drugs

oxycodone HCL and oxycodone-acetaminophen, hydrocodone (Vicodin, Norco), and oxymorphone; the Schedule III drugs buprenorphine- naloxone (Suboxone) and carisoprodol (Soma); the Schedule IV drugs alprazolam (Xanax), diazepam (Valium), and phentermine; and the Schedule V drug promethazine-codeine syrup. The specific offenses and general allegations listed above are adopted and incorporated in this count.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853 – Criminal Forfeiture)

a. The allegations contained in Counts 1 through 52 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

b. Pursuant to Title 21, United States Code, Section 853, upon conviction of the violations of Title 21, United States Code, Sections 841 and 846 as alleged above, Defendants shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violations.

c. <u>Money Judgment</u>: Property subject to forfeiture includes, but is not limited to a forfeiture money judgment equal to an amount as proved in this matter,

16

representing the total amount of proceeds and/or gross proceeds obtained as a result of defendant's violation as alleged in this Indictment.

  d. <u>Substitute Assets</u>:  If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with, a third party;

    (c) Has been placed beyond the jurisdiction of the Court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek to forfeit any other property of defendant up to the value of the above-described property subject to forfeiture.

THIS IS A TRUE BILL

*/s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

REGINA R. McCULLOUGH
Chief, Health Care Fraud Unit

*/s/ Wayne F. Pratt*
WAYNE F. PRATT
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: (313) 226-9583
Email: wayne.pratt @usdoj.gov

Dated: August 26, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>18-CR-20769 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _WFP_ |

Case Title: USA v. DEBBIE ANN TAYLOR, et al

County where offense occurred: Wayne

Check One: ☒ Felony    ☐ Misdemeanor    ☐ Petty

```
____Indictment/____Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:                    ]
 ✓  Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

Superseding to Case No: 18-CR-20769        Judge: Arthur J. Tarnow

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Hasna Bashir Iwas, R.Ph. | 21 U.S.C. §§841(a)(1) and 846<br>18 U.S.C. § 2<br>21 U.S.C. § 856(a)(1) | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

August 26, 2021
Date

Wayne F. Pratt
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9583
Fax: (313) 226-2621
E-Mail address: wayne.pratt@usdoj.gov
Attorney Bar #: P32528

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.