# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

HASNA BASHIR IWAS,
        Defendant.

CRIMINAL NO. 18cr20769

HON. LAURIE J. MICHELSON

## **VERDICT FORM**

The jury, after full consideration and deliberation, unanimously finds as to HASNA BASHIR IWAS:

### **COUNT ONE**
Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

If you find the defendant guilty on Count One, you must also answer the following question. Your answers must be unanimous and found beyond a reasonable doubt.

With respect to Count One, which Schedules of controlled substances were involved in the offense, within the scope of the defendant's criminal agreement? Check a Schedule if one or more of the listed drugs were involved. Indicate **all** Schedules involved by checking the appropriate line or lines below:

____√____ Schedule II (Oxycodone/Roxicodone/Percocet, Adderall/dextroamphetamine/amphetamine, Opana/hydromorphone, Norco/Vicodin/Lortab/hydrocodone-acetaminophen on or after October 6, 2014)

____√____ Schedule III (Norco/Vicodin/Lortab/hydrocodone before October 6, 2014, buprenorphine-naloxone/Suboxone)

____√____ Schedule IV (Xanax/Alprazolam, Valium/Diazepam, Soma/Carisoprodol, phentermine)

____√____ Schedule V (Promethazine with codeine syrup)

## COUNT TWENTY-SIX
Unlawful Distribution of Controlled Substance— Hydrocodone-acetaminophen
Prescription name Csaba Andras, Dr. Otis Crawford, filled Nov. 11, 2016

_____ Not Guilty

____X____ Guilty

## COUNT TWENTY-SEVEN
Unlawful Distribution of Controlled Substances- Buprenorphine-Naloxone
Prescription name Csaba Andras, Dr. Otis Crawford, filled Aug. 22, 2017

_____ Not Guilty

____X____ Guilty

## COUNT TWENTY-EIGHT
Unlawful Distribution of Controlled Substances— Oxycodone 30mg
Prescription name Martize Gibson, Dr. Hussein Darwiche, filled March 27, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

## COUNT TWENTY-NINE
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Rochelle Edwards, Dr. Hussein Darwiche, filled March 20, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

## COUNT THIRTY
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Rochelle Edwards, Dr. Barry Braver, filled May 15, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

## COUNT THIRTY-ONE
Unlawful Distribution of Controlled Substances—Diazepam
Prescription name Rochelle Edwards, Dr. Ara Bush, filled Aug. 16, 2018

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

## COUNT THIRTY-TWO
Unlawful Distribution of Controlled Substances— Oxycodone 30mg
Prescription name Brittany Edwards, Dr. Ara Bush, filled Sept. 24, 2018

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

## COUNT THIRTY-THREE
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Nevonta Edwards, Dr. Hussein Darwiche, filled May 30, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

## COUNT THIRTY-FOUR
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Nevonta Edwards, Dr. Ara Bush, filled August 8, 2018

_____ Not Guilty

\_\_\_\_X\_\_\_\_\_ Guilty

### COUNT THIRTY-FIVE
Unlawful Distribution of Controlled Substances—Alprazolam
Prescription name Donteze Edwards, Dr. Barry Braver, filled May 16, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

### COUNT THIRTY-SEVEN
Unlawful Distribution of Controlled Substances—Promethazine/codeine
Prescription name Anthony Edwards, Dr. Hussein Darwiche, filled March 13, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

### COUNT THIRTY-EIGHT
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Roger Buick, Dr. Hussein Darwiche, filled April 17, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

### COUNT THIRTY-NINE
Unlawful Distribution of Controlled Substance—Oxymorphone 40mg
Prescription name Roger Buick, Dr. Barry Braver, filled June 26, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT FORTY
Unlawful Distribution of Controlled Substances- Oxycodone 30mg
Prescription name Jamika Flake, Dr. Hussein Darwiche, filled May 3, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT FORTY-ONE
Unlawful Distribution of Controlled Substances— Oxycodone 30mg
Prescription name Jamika Flake, Dr. Barry Braver, filled Aug. 4, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT FORTY-TWO
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Jamika Flake, Dr. Ara Bush, filled Aug. 9, 2018

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT FORTY-THREE
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Diamond Seals, Dr. Hussein Darwiche, filled April 25, 2017

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty

## COUNT FORTY-FOUR
Unlawful Distribution of Controlled Substances— Oxycodone 30mg
Prescription name Diamond Seals, Dr. Barry Braver, filled Aug. 3, 2017

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

## COUNT FORTY-FIVE
Unlawful Distribution of Controlled Substances— Oxycodone 30mg
Prescription name Diamond Seals, Dr. Ara Bush, filled Sept. 17, 2018

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

## COUNT FORTY-SIX
Unlawful Distribution of Controlled Substance— Phentermine
Prescription name Arika Kidd, Dr. Hussein Darwiche, filled Jan. 19, 2017

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

## COUNT FORTY-SEVEN
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Arika Kidd, Dr. Barry Braver, filled Aug. 9, 2017

_____ Not Guilty

\_\_\_X\_\_\_ Guilty

7

## **COUNT FORTY-EIGHT**
Unlawful Distribution of Controlled Substances—Oxymorphone 40mg
Prescription name Clinetta Thurman, Dr. Barry Braver, filled June 5, 2017

_____ Not Guilty

\_\_\_\_X_____ Guilty

## **COUNT FORTY-NINE**
Unlawful Distribution of Controlled Substances— Oxycodone 30mg
Prescription name Florina Turner, Dr. Hussein Darwiche, filled April 12, 2017

_____ Not Guilty

\_\_\_\_X_____ Guilty

## **COUNT FIFTY**
Unlawful Distribution of Controlled Substance—Oxymorphone 40mg
Prescription name Florina Turner, Dr. Barry Braver, filled Aug. 3, 2017

_____ Not Guilty

\_\_\_\_X_____ Guilty

## **COUNT FIFTY-ONE**
Unlawful Distribution of Controlled Substance— Oxycodone 30mg
Prescription name Florina Turner, Dr. Ara Bush, filled Oct. 2, 2018

_____ Not Guilty

\_\_\_\_X_____ Guilty

## COUNT FIFTY-TWO

Maintaining Drug-Involved Premises, 15200 East Jefferson Avenue, Suite #102, Grosse Pointe Park, Michigan

_____X_____ Not Guilty

_____ Guilty

Dated: 11/2

s/Foreperson
In Compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal